# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ETHAN OSTROW, and | ) | |
| NORA POMPER | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Honorable Mary M. Rowland |
| | ) | |
| THOMAS J. DART, et. al, | ) | 24-cv-01877 |
|     Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's October 1, 2024 order (Dkt. 48), the parties have conferred and submit the following status report:

1. Plaintiffs filed their Second Amended Complaint on September 19, 2024, naming Bradley Curry as a defendant, who was previously identified as "John Doe." Defendant Curry was served on October 1, 2024.

2. Defendants filed their Answer to Plaintiffs' Second Amended Complaint on today's date, October 30, 2024.

3. The parties have exchanged written discovery and anticipate further written discovery in light of the recently identified Defendant.

4. The Plaintiffs anticipate conducting a limited number of depositions beyond those of the parties.

5. The parties propose the date of February 28, 2025 for the close of fact discovery.

Date: October 30, 2024            /s/ Brad J. Thomson
                                                 Brad J. Thomson
                                                 Tayleece Paul
                                                 People's Law Office

        1180 N. Milwaukee Ave.
        Chicago, IL 60642
        773-235-0070
        *Counsel for the Plaintiffs*


        /s/ Edward M. Brener
        Edward M. Brener
        Prathima Yeddanapudi
        Cook County State's Attorney's Office
        50 W. Washington, 5th Floor
        Chicago, IL 60602
        (312) 603-5971
        Edward.brener@cookcountysao.org
        *Counsel for Defendants*