**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Ethan Ostrow, et al.

                              Plaintiff,

v.                                                          Case No.: 1:24–cv–01877
                                                            Honorable Mary M. Rowland

Thomas J. Dart, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 31, 2024:

        MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed
the parties' joint status report [50]. The Court adopts the parties' proposed deadline for the
close of fact discovery. Fact discovery to close on 2/28/25. The parties are to file a joint
status report by 12/18/24 to update the Court on the status of discovery and whether a
settlement conference would be productive. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.