UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ETHAN OSTROW, and | ) | |
| NORA POMPER | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | Honorable Mary M. Rowland |
| | ) | |
| THOMAS J. DART, et. al, | ) | 24-cv-01877 |
|     Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's October 31, 2024 order (Dkt. 51), the parties have conferred and submit the following status report:

1. Defendants filed their answer to Plaintiff's Second Amended Complaint on October 30, 2024.

2. Plaintiffs have issued additional written discovery to the newly identified Defendants.

3. Both Plaintiffs and Defendants anticipate conducting a limited number of depositions beyond the parties, which they are in the process of scheduling.

4. The parties are working diligently to complete discovery by the February 28, 2025 deadline. However, due to the other professional obligations of Plaintiffs' counsel, including trials scheduled in January and February, the parties may seek an extension.

5. The Defendants request a referral to a settlement conference. The plaintiffs do not believe that a settlement conference would be productive at this time.

Date: December 18, 2024                    /s/ Tayleece Paul
                                                                                         Tayleece Paul

Brad J. Thomson
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
773-235-0070
tayleece@peopleslawoffice.com

*Counsel for the Plaintiffs*


/s/ Edward M. Brener
Edward M. Brener
Cook County State's Attorney
50 W. Washington
5th Floor
Chicago, IL 60602
312-603-5971
Edward.brener@cookcountysao.org

*Counsel for the Defendants*