**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| ETHAN OSTROW, and | ) | |
| NORA POMPER | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Honorable Mary M. Rowland |
| | ) | |
| THOMAS J. DART, et. al, | ) | 24-cv-01877 |
| Defendants. | ) | |

### JOINT STATUS REPORT

Pursuant to this Court's January 28, 2025 order (Dkt. 58), the parties have conferred and submit the following status report:

1.     Defendants filed their answer to Plaintiff's Second Amended Complaint on October 30, 2024.

2.     The parties have conducted written discovery in relation to the additional Defendants included in Plaintiffs' Second Amended Complaint.

3.     Pursuant to Rule 37.2, the parties have exchanged written correspondence and met and conferred to address certain discovery disputes regarding the written discovery.

4.     The parties have scheduled the deposition of Defendant Curry. The parties are in the process of scheduling Plaintiffs' depositions.

5.     The parties have been in communication regarding the deposition of Defendant Dart. The parties have met and conferred and have further conversations scheduled in an attempt to resolve the matter without the Court's intervention.

6.     Plaintiffs intend to conduct a limited number of third-party depositions. Two of those depositions are scheduled, and the parties are in the process of scheduling the remaining.

7.     The parties are working diligently to complete discovery by the current deadline of May 28, 2025.

8.     The parties have engaged in preliminary settlement discussions, which are ongoing.

Date: March 20, 2025

/s/ Brad J. Thomson
Brad J. Thomson
Tayleece Paul
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
773-235-0070
*Counsel for the Plaintiffs*


/s/ Edward M. Brener
Edward M. Brener
Prathima Yeddanapudi
Cook County State's Attorney's Office
50 W. Washington, 5th Floor
Chicago, IL 60602
(312) 603-5971
Edward.brener@cookcountysao.org

*Counsel for Defendants*